UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALISON M. ABELS,

    Plaintiff,

    v.

BANK OF AMERICA, et al.,

    Defendants.

_____/

No. C 11-0208 PJH

**ORDER VACATING STAY**

The parties having advised the court that plaintiff's pending bankruptcy action was dismissed without prejudice on October 19, 2011, the stay imposed on the instant action on June 27, 2011 is hereby VACATED. Defendants' request to re-notice their previously filed motion to dismiss the amended complaint is GRANTED, and the motion is accordingly set for hearing on **February 1, 2012.** As the motion and opposition papers have already been filed, only the reply brief shall be filed. Defendants must submit any such reply brief no later than November 23, 2011.

**IT IS SO ORDERED.**

Dated: November 14, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge