UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALISON M. ABELS,

    Plaintiff,

    v.

BANK OF AMERICA

    Defendant(s).
_____/

No. C 11-0208 PJH

**ORDER GRANTING PLAINTIFF'S REQUEST TO E-FILE**

The court is in receipt of plaintiff's request for permission to e-file. Although not in the form of a declaration, as is usually required by the court, plaintiff's request expressly states that plaintiff agrees to comply with all the rules and orders of the court, and to meet the technical requirements for e-filing documents in court.

Because plaintiff has advised the court that she is willing and able to participate in the court's ECF program, and pursuant to Civil Local Rule 5-4 and General Order No. 45, it is hereby ordered that the above-entitled case is designated to the ECF program. Plaintiff's motion for permission to e-file is therefore GRANTED. Plaintiff shall hereafter comply with all the rules regarding e-filing and all of the orders of this court. Plaintiff should consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF registration forms, interactive tutorials, and complete instructions for e-filing.

The court cautions plaintiff that if at some point she is unable to comply with the rules and orders of the court, her participation in the ECF program will be terminated.

**IT IS SO ORDERED.**

Dated: January 6, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge