**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Alison M. Abels
P.O. Box 12112
Berkeley, CA 94712

**SPACE ABOVE THIS LINE FOR RECORDER'S USE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALISON M. ABELS, | ) | **CASE NO.  4:11-CV-11-00208** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF PENDENCY OF ACTION** |
| | ) | **[CCP SECTION 405.20]** |
| BANK OF AMERICA N.A., RECONTRUST COMPANY N.A. and Does 1-25 | ) | |
| Defendants. | ) | |

NOTICE IS HEREBY GIVEN that the above-entitled action was filed in the above-entitled

court on January 13, 2011 by ALISON M. ABELS, plaintiff, against BANK OF AMERICA

N.A., RECONTRUST COMPANY N.A. and any assigns and all persons unknown claiming

1
LIS PENDENS

any legal or equitable right, title estate, lien or interest in the property described in the complaint adverse to plaintiff's title or any cloud on Plaintiff's title thereto

The action affects title to specific real property or the right to possession of specific real property identified in the complaint in the above-entitled action.

The specific real property affected by the action is located in Alameda County, California, commonly known as 3139 California Street and the land referred to is situated in the State of California, County of Alameda, City of Berkeley, and is described as follows:

All that certain real property in the State of California, described as follows:

The northern 46 feet, 8 inches of Lot 10, Block E, Subdivision of the southernly portion of Harmon Tract, filed February 27, 1886, in Book 6, Page 33 of maps, Alameda County Records.

APN: 052-1543-018

Dated this: ___ April 2012

_____/s/_____
Alison M. Abels, In Pro Per

## ORDER

The Complaint in this action has been read and on its face contains a claim which would affect title to real property. By approving the recording of this Lis Pendens, this Court does not determine the probable validity of the claim. This claim may be subject to expungement as provided by law. Recording of this Lis Pendens is *Approved*, CCP 405.21. Prior to recordation of this Lis Pendens, NOTICE must be served on Defendants as set forth in CCP 405.22.

Dated: ~~January~~ ____ 2012
April 5, 2012

_____
Judge of the United States District Court
YVONNE GONZALEZ ROGERS