1 | ROUTH CRABTREE OLSEN, P.S.
Edward T. Weber, Esq., SBN 194963
2 | Matthew Van Fleet, Esq., SBN 227338
3 | 1241 East Dyer Road, Suite 250
Santa Ana, CA 92705
4 | Tel: (714) 382-0313; Fax: (425) 247-7774
mfleet@rcolegal.com
5
6 | RCO No.: 7655.50006
Attorneys for Defendant, Real Time Resolutions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON M. ABELS, an individual, ) | Case No.: C11-00208-YGR |
| ) | |
| Plaintiff, ) | *[Honorable Yvonne Gonzalez Rogers]* |
| vs. ) | |
| ) | **ORDER** |
| BANK OF AMERICA, N.A.; TRITON ) | |
| REALTY GROUP, INC.; REAL TIME ) | Date: May 15, 2012 |
| RESOLUTIONS; RECONTRUST COMPANY,) | Time: 2:00 p.m. |
| N.A.; MELISSA MORAN AND DOES 1-20, ) | Place: TBD |
| inclusive, ) | |
| Defendants. ) | Complaint filed: January 13, 2011 |
| ) | Amended Complaint: May 11, 2011 |
| ) | Second Amended Complaint: April 3, 2012 |

//
//
//
//

1

DEFENDANT REAL TIME RESOLUTION'S MOTION FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

The Court having read and considered the evidence in supporting documents, orders as follows:

IT IS SO ORDERED that Defendant Real Time Resolution's may appear telephonically at the court proceeding on May 15, 2012 at 2:00pm. Defendant Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: May 10, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE