ROUTH CRABTREE OLSEN, P.S.
Edward T. Weber, Esq., SBN 194963
Matthew Van Fleet, Esq., SBN 227338
1241 East Dyer Road, Suite 250
Santa Ana, CA 92705
Tel: (714) 382-0313; Fax: (425) 247-7774
mfleet@rcolegal.com

RCO No.: 7655.50006
Attorneys for Defendant, Real Time Resolutions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON M. ABELS, an individual, | Case No.: C11-00208-YGR |
| Plaintiff, | *[Honorable Yvonne Gonzalez Rogers]* |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A.; TRITON REALTY GROUP, INC.; REAL TIME RESOLUTIONS; RECONTRUST COMPANY, N.A.; MELISSA MORAN AND DOES 1-20, inclusive, | Date: May 15, 2012<br>Time: 2:00 p.m.<br>Place: TBD |
| Defendants. | Complaint filed: January 13, 2011<br>Amended Complaint: May 11, 2011<br>Second Amended Complaint: April 3, 2012 |

//
//
//
//

1

DEFENDANT REAL TIME RESOLUTION'S MOTION FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

1  The Court having read and considered the evidence in supporting documents, orders as
2  follows:

4  IT IS SO ORDERED that Defendant Real Time Resolution's may appear telephonically at the
5  court proceeding on May 15, 2012 at 2:00pm. Defendant Counsel shall contact
6  CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

9  Dated: May 10, 2012

    _____
    YVONNE GONZALEZ ROGERS
    UNITED STATES DISTRICT COURT JUDGE