1  Gina L. Albertson (SBN 216960)
   **ALBERTSON LAW**
2  **2082 Michelson Drive, Suite 100-R**
   **Irvine, California  92612**
3  **Telephone: (949) 825-5214**
   **Facsimile: (949) 825-5211**
4  **galbertson@albertsonlaw.org**
5
6  **Attorneys for [Proposed] Defendant-In-Intervention,**
   **Wells Fargo Bank, N.A., as Trustee, on behalf of the holders of the Harborview Mortgage**
7  **Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12**
8                        UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA—OAKLAND COURTHOUSE
10
11 ALISON M. ABELS,                          Case No.: 4:11-cv-00208 YGR
12                                            Assigned to Judge Yvonne Gonzalez Rogers
                  Plaintiff(s),
13                                            **NOTICE OF WITHDRAWAL OF**
                                              **MOTION TO EXPUNGE PLAINTIFF'S**
14        vs.                                 **NOTICE OF PENDENCY OF ACTION**
                                              **AND WITHDRAWAL OF MOTION TO**
15 BANK OF AMERICA, N.A.; TRITON              **INTERVENE**
   REALTY GROUP INC.; REAL TIME
16 RESOLUTIONS; RECONTRUST                    **Hearing:**
   COMPANY, N.A., MARISSA MORAN and           Date:       August 21, 2012
17 DOES 1-20 inclusive,                       Time:       2:00 p.m.
18                                            Courtrm:    TBD
                  Defendant(s),               Location:   1301 Clay Street
19                                                        Oakland, California  94612
          vs.
20
21 Wells Fargo Bank, N.A., as Trustee, on behalf
   of the holders of the Harborview Mortgage
22 Loan Trust Mortgage Loan Pass-Through
   Certificates, Series 2006-12,
23
24               Defendant-In-Intervention.
25
26          **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**
27         PLEASE TAKE NOTICE that Wells Fargo Bank, N.A., as Trustee, on behalf of the
28 holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates,

Series 2006-12, hereby withdraws its Motion to Expunge Plaintiff's Notice of Pendency of

Action and Motion to Intervene, as previously scheduled on August 21, 2012, at 2:00 p.m., at the

above-entitled Court.

Dated:  August 10, 2012                    ALBERTSON LAW


By: *Gina L. Albertson*
      GINA L. ALBERTSON
      **Attorneys for Wells Fargo Bank, N.A., as Trustee,
      on behalf of the holders of the Harborview
      Mortgage Loan Trust Mortgage Loan Pass-Through
      Certificates, Series 2006-12**

<u>**PROOF OF SERVICE**</u>

STATE OF CALIFORNIA     )
COUNTY OF ORANGE      )

     I am a resident of or employed in the County of Orange, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 2082 Michelson Drive, Suite 100-R, Irvine, CA  90612

     On **August 13, 2012**, I served the foregoing document described as **NOTICE OF WITHDRAWAL OF MOTION TO EXPUNGE PLAINTIFF'S MOTION TO EXPUNGE PLAINTIFF'S NOTICE OF PENDENCY OF ACTION AND WITHDRAWAL OF MOTION TO INTERVENE** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the attached Service List.

(x) **BY MAIL** as follows:

     () **STATE** – I am "readily familiar" with Albertson Law's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing affidavit.

     (X) **FEDERAL** - I deposited such envelope in the United States mail at Irvine, California, with postage thereon fully prepaid.

     () **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Irvine, California.  The envelope was mailed with Express Mail postage thereon fully prepaid.

     (XX)**BY ECF/CMF Service** for other counsel

     () **BY CERTIFIED MAIL** - I am "readily familiar" with Albertson Law's practice of collection and processing correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt requested, on the above date according to Albertson Law's ordinary business practice.

     ( ) **BY PERSONAL SERVICE** as follows: I caused a copy of such documents to be delivered by hand to the offices of the addressee between the hours of 9:00 a.m. and 5:00 p.m.

     ( ) **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee(s).  The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

     ( ) **BY FACSIMILE** as follows:  I caused such documents to be transmitted to the telephone number of the addressee(s) listed on the attached service list, by use of facsimile machine telephone number.  The facsimile machine used complied with California Rules of Court, Rule 2.302 and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2.304(d), a transmission record of the transmission was printed.

     ( ) **STATE** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     (X) **FEDERAL** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 13, 2012** at Irvine, California.

_____
ELIZABETH HAYES

## SERVICE LIST

United States District Court

Northern District of California—Oakland Courthouse

Case No. 4:11-cv-00208YGR

Abels v. Bank of America, N.A., et al.

| | |
|---|---|
| Alison M. Abels<br>PO Box 12112<br>Berkeley, California 94712<br>Telephone: (510) 653-1029<br>alison.abels@gmail.com<br><br>Plaintiff in Pro Per | David S. Reidy, Esq. (SBN 225904)<br>dreidy@reedsmith.com<br>jpingel@reedsmith.com<br>John Douglas Pingel. Esq. (SBN 267310)<br>REED SMITH, LLP<br>101 Second Street, Suite 1800<br>San Francisco, California 941015<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br><br>Attorneys for Defendants,<br>Bank of America, N.A. and ReconTrust<br>Company, N.A. |
| | Edward Thomas Weber, Esq. (SBN 194963)<br>eweber@rcolegal.com<br>Matthew Van Fleet, Esq. (SBN 227338)<br>mfleet@rcolegal.com<br>ROUTH CRABTREE OLSEN, P.S.<br>1241 East Dyer Road, Suite 250<br>Santa Ana, California 92705<br>Telephone: (714) 382-0313<br>Facsimile: (425) 247-7774<br><br>Attorneys for Defendant,<br>Real Time Resolutions |