# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON M. ABELS,<br><br>   Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>   Defendants. | Case No.: 11-CV-208 YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

On August 9, 2012, the Court issued an Order to Show Cause directing Wells Fargo Bank, N.A. ("Wells Fargo") to show cause why its motions to intervene and to expunge *lis pendens* should not be denied for failure to demonstrate a current interest in the property. (Dkt. No. 100.)

Wells Fargo filed its Notice of Withdrawal of Motions on August 13, 2012. (Dkt. No. 101.)

In light of that Notice of Withdrawal, the Court **DISCHARGES** the Order to Show Cause and **VACATES** the hearing set for August 24, 2012.

**IT IS SO ORDERED.**

Dated: August 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**