**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISON M. ABELS,<br><br>             Plaintiff,<br><br>        vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>             Defendants. | Case No.: 11-cv-208 YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL OF CERTAIN DEFENDANTS AND ENTRY OF JUDGMENT** |

**TO PLAINTIFF ALISON M. ABELS**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** why Defendants Triton Realty Group, Inc. and Marissa Moran should not be dismissed for failure to prosecute.

This Order to Show Cause will be set for hearing on **Friday, September 28, 2012**, on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Any written response by Plaintiff Alison M. Abels shall be filed no later than **September 21, 2012**. If Plaintiff Alison M. Abels elects not to file a response, or if she files a response indicating that Defendants Triton Realty Group, Inc. and Marissa Moran should be dismissed, no appearance at the hearing is necessary and the Court will dismiss those defendants. The Court will then enter judgment as to Defendants Bank of America, N.A., Recontrust Company, N.A. and Real Time Resolutions as to which the Court granted dismissal without leave to amend on May 31, 2012.

**IT IS SO ORDERED.**

Date:September 5, 2012

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**