**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISON M. ABELS,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No.: 11-cv-208 YGR<br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE AND SETTING COMPLIANCE HEARING** |

The Court previously set a hearing on Friday, September 28, 2012, on an Order to Show Cause why Defendants Triton Realty Group, Inc. and Marissa Moran should not be dismissed for failure to prosecute. Plaintiff Alison M. Abels ("Plaintiff") has filed a written response. In light of that response, the September 28, 2012 hearing is **VACATED** and the Order to Show Cause is **DISCHARGED**.

The Court notes that, as to Defendants Triton Realty Group, Inc. and Marissa Moran, Plaintiff filed requests for entry of default (Docket Nos. 43 and 44), as well as applications for default judgment by the clerk (Docket Nos. 45 and 46.) The Clerk entered default against these defendants (Docket No. 48), but declined to enter default judgment against them (Docket No. 50).

This matter is set for a compliance hearing on **November 2, 2012, at 9:01 a.m.** No later than **October 29, 2012,** Plaintiff must do **one of the following**: (1) file her motions for default judgment consistent with Rule 55(b)(2) of the Federal Rules of Civil Procedure against these defendants; (2) file a voluntary dismissal of these defendants; or (3) file a one-page statement setting forth an explanation for failure to file to do either of these. If Plaintiff has either filed her motions for default

1 judgment or filed a voluntary dismissal, no appearance will be necessary and the Court will vacate
2 the compliance hearing.  Telephonic appearance at the compliance hearing may be allowed if the
3 Plaintiff has submitted a statement in a timely fashion.

**IT IS SO ORDERED.**

Date: September 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**