**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISON M. ABELS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants. | Case No.: 11-cv-208 YGR<br><br>**ORDER STRIKING SECOND AMENDED COMPLAINT** |

　　　Plaintiff Alison M. Abels ("Plaintiff") filed a "Second Amended Complaint" (Dkt. No. 105) on September 26, 2012. Plaintiff was not granted leave to file such an amended complaint prior to doing so. Plaintiff was required by Rule 15(a)(1)(B) to request leave from the Court before filing an amended complaint. Therefore, the Second Amended Complaint (Dkt No. 105) is **STRICKEN**.

　　　**IT IS SO ORDERED.**

Date: September 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**