**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISON M. ABELS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants. | Case No.: 11-cv-208 YGR<br><br>**ORDER VACATING COMPLIANCE HEARING** |

In light of the filing of motions for default judgment against Defendants Triton Realty Group, Inc., and Marissa Moran, the compliance hearing previously set for November 2, 2012 is **VACATED.**

**IT IS SO ORDERED.**

Date: October 31, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**