United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISON M. ABELS, | Case No.: 11-cv-208 YGR |
| Plaintiff, | **ORDER VACATING HEARINGS SET FOR NOVEMBER 20, 2012, AND DECEMBER 4, 2012** |
| vs. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Currently pending before the Court are the following motions:

(1) Plaintiff's Motion to Add Defendants Wells Fargo Bank, N.A. and Last Mile Properties, LLC (Dkt. No. 109);

(2) Plaintiff's Motion for Leave to File Supplemental Pleading (Dkt No. 110);

(3) Plaintiff's Corrected Motion to Set Aside Order Granting Defendants Bank of America, N.A., and Real Time Resolutions Motion to Dismiss (Dkt No. 111);

(4) Plaintiff's Application for Entry of Default Judgment Against Defendant Triton Lending Group (Dkt No. 114); and

(5) Plaintiff's Application for Entry of Default Judgment Against Defendant Marissa Moran (Dkt No. 115).

The Court has determined that these motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir.

1991). Accordingly, the hearings set for **November 20, 2012, and December 4, 2012,** are **VACATED**. The Court will issue a written decision of the motions on the papers.

**IT IS SO ORDERED.**

Date: November 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**